

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DAVID E. ESTEPPE and DONALD ANDREW GRAY, | * | |
| | * | |
| Plaintiffs, | * | Civil Case No. H-00-3040 |
| | * | Judge Harvey |
| vs. | * | |
| Patapsco & Black Rivers Railroad Company, | * | |
| | * | |
| Defendant. | | |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Gregory G. Paul, am a member in good standing of the bar of this Court. My bar number is 26208. I am moving for the admission of Edward A. Miller to appear *pro hac vice* in this case as counsel for the Plaintiffs, David E. Esteppe and Donald Andrew Gray.

We certify that:

1.  The proposed admittee is a member in good standing of the following State Courts and/or United States Courts:

| | **Court** | **Date of Admission** |
|---|---|---|
| A. | Commonwealth of Pennsylvania | November 26, 1990 |
| B. | State of Ohio | May 10, 2000 |
| C. | State of West Virginia | April 3, 2001 |
| D. | U.S.D.C., Eastern District of Pa | February 12, 1991 |
| E. | U.S.D.C., Western District of Pa | August 25, 1993 |
| F. | U.S.D.C., Middle District of Pa | April 29, 1994 |
| G. | U.S.D.C., Northern District of Ohio | April 7, 1999 |
| H. | U.S.D.C., Southern District of Ohio | January 18, 2001 |
| I. | U.S.D.C., Southern District of West Virginia | April 3, 2001 |

2.  During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court zero times.



3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

6. The undersigned movant is a member of the bar of this Court in good standing and will serve as co-counsel in these proceedings.

Respectfully submitted,

MOVANT

_____
Gregory G. Paul, Esquire

PEIRCE, RAIMOND & COULTER, P.C.
2500 Gulf Tower, 707 Grant Street
Pittsburgh, PA 15219-1918
(412) 281-7229
FAX (412) 281-4229

PROPOSED ADMITTEE

_____
Edward A. Miller, Esquire

PEIRCE, RAIMOND & COULTER, P.C.
2500 Gulf Tower, 707 Grant Street
Pittsburgh, PA 15219-1918
(412) 281-7229
FAX (412) 281-4229

********************************************************************

## ORDER

____✓____ GRANTED          _____ DENIED

July 2, 2001                    _____
Date                            Senior United States District Judge

## CERTIFICATE OF SERVICE

I, Gregory G. Paul, hereby certify that a true and correct copy of the foregoing Motion For Admission Pro Hac Vice was sent by U.S. Mail, postage pre-paid, on this 18th day of June, 2001 to Defendant's counsel addressed as follows:

Robert T. Franklin, Esq.<br>
Franklin & Prokopik<br>
One North Charles Street, Suite 100<br>
Baltimore, MD 21201

PEIRCE, RAIMOND & COULTER, P.C.

By: _____
GREGORY G. PAUL, ESQ.