UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MARYLAND
BALTIMORE, MARYLAND 21201

ALEXANDER HARVEY II
SENIOR JUDGE

July 16, 2001

Gregory G. Paul, Esq.
Peirce, Raimond & Coulter, P.C.
2500 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219-1918

Robert T. Franklin, Esq.
Franklin & Prokopik
One North Charles Street
Suite 100
Baltimore, MD 21201

Re: Esteppe, et al. v. Patapsco & Back Rivers
    Railroad Company
    Civil No. H-00-3040

Gentlemen:

On June 26, 2001, the Judicial Panel on Multidistrict Litigation entered a conditional transfer order transferring the above civil action (and many others) to the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 1407. The transmittal of that order to the Clerk of the United States District Court for the Eastern District of Pennsylvania was stayed for 15 days to permit a party to file a notice of opposition with the Clerk of the Panel.

According to a letter dated July 12, 2001 from the Clerk of the Panel, no objection to the Panel's conditional transfer order was filed by either of you within that 15 day period. Accordingly, the transfer of the above civil action to the Eastern District of Pennsylvania has become final.

Under the circumstances, the Scheduling Order entered by me on May 31, 2001 is no longer controlling in this case. In particular, you are advised that the pretrial conference previously scheduled for November 20, 2001 has now been canceled. The scheduling of further proceedings in this case will be subject to orders entered by Judge Weiner in the Eastern District of Pennsylvania.

Very truly yours,

Alexander Harvey, II
Senior United States District Judge

cc: Deputy Clerk Gibson