A CERTIFIED TRUE COPY

JUL 12 2001

ATTEST
FOR THE JUDICIAL PANEL OF
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 7-18-01
ATTEST:

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

June 26, 2001

MICHAEL J. BECK
CLERK OF THE PANEL

DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

**FILED**

JUL 16 2001

MICHAEL E. KUNZ, Clerk

By _____ Dep. Clerk

*(SEE ATTACHED SCHEDULE)*

### CONDITIONAL TRANSFER ORDER (CTO-200)

On July 29, 1991, the Panel transferred 22,003 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than 68,064 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), the actions listed on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for the reasons stated in the opinion and order of July 29, 1991, 771 F.Supp. 415, as corrected on October 1, 1991, October 18, 1991, November 22, 1991, December 9, 1991, January 16, 1992, and March 5, 1992, and with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL 12 2001

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION



**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF PENNSYLVANIA
US COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

| | | |
|---|---|---|
| MICHAEL E. KUNZ<br>CLERK OF COURT | July 17, 2001 | CLERK'S OFFICE<br>ROOM 2609<br>TELEPHONE<br>215) 597- |

Felicia C. Cannon
District Clerk
Edward A. Garmarttz Federal
Building & U.S. Courthouse
101 W. Lombard Street
Baltimore, MD  21201

____FILED ____ENTERED
____LODGED ____RECEIVED

JUL 2 3 2001

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

      IN RE; ASBESTOS PRODUCTS LIABILITY LITIGATION
           MDL-875 (CTO-200)
           1:00-3040

Dear Clerk:

    The enclosed conditional transfer order is being sent to you regarding these involved actions have been properly identified as multidistrict litigation asbestos cases.  However, pursuant to the opinion and order of 7/29/91, 771 F.Supp. 415, our court is not accepting the original records and/or docket responsibility on the involved 93,000 actions.

    **<u>Please do not forward a certified docket or a certified copy of the transfer order to this District.</u>**

Please continue to process the litigation in your court, per the opinion, pretrial and administrative orders.  If you have any questions please contact me at (267) 299-7017.

                              Sincerely,

                              MICHAEL E. KUNZ
                              Clerk of Court

                              Sharon Carter
                              MDL Coordinator

enclosure